with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

BEN DVORETSKY, an Infant, by HARRY DVORETSKY, His Guardian ad Litem, Respondent, v. CHARLES W. WILLIAMS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

HARRY DVORETSKY, Respondent, v. CHARLES W. WILLIAMS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

ALBERT LAWSON, JR., an Infant, by ANNIE A. LAWSON, His Guardian ad Litem, Respondent, v. BROOKLYN FINISHING Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

WILLIAM E. MITTELSTAEDT, Respondent, v. ANNA C. PANDICK OAKLEY and Others, Appellants.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. FALLON, Relator. A. E. MORRIS, Appellant, v. GEORGE J. WERNER, as Sheriff of the County of Westchester, Respondent.— Order of the County Court of Westchester county, dismissing writ of habeas corpus and remanding A. E. Morris to the custody of the sheriff of Westchester county, for extradition to Massachusetts, affirmed, without costs. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. FALLON, Relator. WILLIAM J. MACLAUGHLIN and Another, Appellants, v. GEORGE J. WERNER, as Sheriff of the County of Westchester, Respondent.— Order of the County Court of Westchester county, dismissing writ of habeas corpus and remanding William J. MacLaughlin and Joseph MacLaughlin to the custody of the sheriff of Westchester county, for extradition to Massachusetts, affirmed, without costs. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

CHARLES LOUIS SANKEY, Appellant, v. THOMAS M. TOBIN, as Commissioner of Public Safety of the City of Yonkers, Respondent.— Order denying appellant's application for a peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

THE FREDERICK PAGE CONTRACTING COMPANY, INC., Appellant, v. ANNA M. CONWAY, Defendant. EAGLE PIPE SUPPLY COMPANY, INC., and Another, Respondents.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL GREENE, Respondent, v. BARRETT, NEPHEWS & COMPANY and Others, Appellants.— Motion to resettle order denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES H. HIGGINS and RALPH B. HIGGINS, Copartners, etc., Appellants, v. THE G. PIEL COMPANY, INC., and Another, Respondents.— Motion to dismiss appeal dismissed, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARGARET C. ILLINGWORTH, Respondent, v. GEORGE ILLINGWORTH, as Administrator, etc., of GEORGE J. ILLINGWORTH, Deceased, Appellant.— Motion for